UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MARTA GONZALEZ,

                        Plaintiff,

                                             **ORDER**

LOCAL 210 UNITY PENSION FUND and
TRUSTEES OF LOCAL 210 UNITY
PENSION FUND                                    12-CV-3536 (CBA) (RER)

                       Defendants.
------------------------------------------------------------------------X

**RAMON E. REYES, JR., U.S.M.J.:**

      On July 17, 2012, plaintiff filed an *in forma pauperis* complaint under the Employee Retirement Income Security Act of 1974, alleging that defendants have ceased paying her monthly benefits payments under her pension. In her application, Plaintiff states that she is retired, her current source of income is $400 per month from Social Security, and she has $50.00 in her banking account. She lives with her son and pays $223.00 per month in storage fees for her belongings. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

Dated: July 23, 2012
       Brooklyn, New York

                                                    _____/s_____
                                                    Ramon E. Reyes, Jr.
                                                    United States Magistrate Judge